**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01296-CV

### AMY SELF, Appellant

### V.

### TINA KING AND ELIZABETH TUCKER, Appellees

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-1286-2010**

## ORDER

Appellant's Motion for Further Rehearing is **DENIED**.  Appellees' request for sanctions

is also **DENIED**.


/s/    KERRY P. FITZGERALD
        JUSTICE